JOSEPH M. GOETHALS (SBN 242889)
joe@gostlaw.com
CHARLES P. STONE (SBN 224897)
charles@gostlaw.com
DAVID G. HOLLENBERG (SBN 325408)
dave@gostlaw.com
**GOETHALS & STONE, PC**
330 Primrose Road, Suite 614
Burlingame, CA 94010
Telephone: (650) 218-4319

*Attorneys for Plaintiff Geoffrey Gordon Smith*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEOFFREY GORDON SMITH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SAN MATEO; DEPUTY MATTHEW DEL SELVA, individually and in his official capacity; DEPUTY J. MATEO, individually and in his official capacity; SERGEANT SCOTT BERBERIAN, individually and in his official capacity, <br><br> Defendants. | Case No. 26-cv-02842-HSG <br><br> **STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** <br><br> Date: August 13, 2026 <br> Time: 2:00 p.m. <br> Courtroom: 2 – 4th Floor <br> Judge: Hon. Haywood S. Gilliam, Jr. <br><br> Complaint Filed: April 1, 2026 |

Plaintiff Geoffrey Gordon Smith ("Plaintiff") and Defendants County of San Mateo, Deputy Matthew Del Selva, Deputy J. Mateo, and Sergeant Scott Berberian (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on April 1, 2026;

WHEREAS, on June 8, 2026, Defendants filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Motion"), currently noticed for hearing on August 13, 2026 at 2:00 p.m. in Courtroom 2 before the Honorable Haywood S. Gilliam, Jr.;

**STIPULATION AND ORDER RE BRIEFING SCHEDULE**

WHEREAS, under Civil Local Rule 7-3, Plaintiff's opposition to the Motion is presently due June 22, 2026, and Defendants' reply is presently due June 29, 2026;

WHEREAS, Plaintiff's counsel is scheduled to commence trial on June 29, 2026 in *Jane SP Doe v. County of San Mateo, et al.* San Mateo County Superior Court Case No. 24-CIV-08337, and the demands of that trial and its preparation make it impracticable for Plaintiff to complete the opposition within the current schedule;

WHEREAS, good cause therefore exists to modify the briefing schedule to afford the parties adequate time to brief the issues raised by the Motion;

WHEREAS, the proposed modification will not alter the August 13, 2026 hearing date or any other date or deadline set by the Court; and

WHEREAS, there have been no previous modifications of time in this action, whether by stipulation, Court order, or otherwise.

NOW, THEREFORE, the parties, by and through their respective counsel of record, and subject to the approval of the Court, hereby stipulate and agree as follows:

1. Plaintiff's deadline to file an opposition to the Motion shall be extended to and including July 17, 2026.

2. Defendants' deadline to file a reply in support of the Motion shall be extended to and including July 24, 2026.

3. The hearing on the Motion shall remain set for August 13, 2026 at 2:00 p.m. in Courtroom 2.

IT IS SO STIPULATED.

Dated: June 16, 2026

**GOETHALS & STONE, PC**
By: /s/ David G. Hollenberg
    David G. Hollenberg
*Attorneys for Plaintiff Geoffrey Gordon Smith*

Dated: June 16, 2026

**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SAN MATEO**
By: /s/ Sheila Vasantharam
    Sheila Vasantharam
*Attorneys for Defendants County of San Mateo, Deputy Matthew Del Selva, Deputy J. Mateo, and Sergeant Scott Berberian*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, David G. Hollenberg, hereby attest that concurrence in the filing of this document has been obtained from each signatory above.

/s/ David G. Hollenberg

**ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the briefing schedule on Defendants' Motion to Dismiss is modified as follows: Plaintiff's opposition shall be filed on or before July 17, 2026; Defendants' reply shall be filed on or before July 24, 2026; and the hearing on the Motion shall remain set for August 13, 2026 at 2:00 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated: 6/16/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge

- 3 -